**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



John P. Gustafson
United States Bankruptcy Judge

**Dated: September 18 2019**

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 19-31037 |
| | ) | |
| Bruce C. Amory | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | JUDGE JOHN P. GUSTAFSON |
| | ) | |

## ORDER CONTINUING CONFIRMATION HEARING

This case came before the court on September 17, 2019, for Hearing on Confirmation of Chapter 13 Plan. Attorney for Debtor and Attorney for Creditor appeared at the hearing by telephone. The Chapter 13 Trustee was present in the courtroom. This matter will be continued as set forth below.

For good cause shown, it is

**ORDERED** that an Amended Statement of Financial Affairs shall be filed within **seven (7) days** from the filing date of this Order; and it is

**FURTHER ORDERED** that Confirmation Hearing will be continued to **October 29, 2019 at 9:30 a.m.,** in Courtroom No. 1, Room 119, United States Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio. **Counsel may appear telephonically by contacting the Court at least 24 hours prior to the hearing.**

###