# PROCEEDING MEMO
# HONORABLE JOHN P. GUSTAFSON

In Re:  
Bruce C. Amory

Case No. 19-31037-jpg  
Chapter 13

Debtor(s)

*NATURE OF PROCEEDING:*

☐ **CONTESTED**   ☑ **UNCONTESTED** HEARING ON CONFIRMATION OF CHAPTER 13 PLAN

*APPEARANCES:*

☐ Debtor(s)  
☑ Atty for Debtor(s): John F. Kostyo (by phone)  
☑ Atty for Creditor: Eugene Canestraro (by phone)  
☑ Trustee: Elizabeth A. Vaughan

☐ Atty for  
☐ Atty for  
☐ Atty for  
☐ Atty for

☑ CONFIRMATION HEARING HELD  
  ☐ EVIDENCE SUBMITTED  
☐ CONFIRMATION HEARING NOT HELD

☐ CONTINUED TO _____

☐ PLAN CONFIRMED **AS PROPOSED**

☐ PLAN CONFIRMED **SUBJECT TO STIPULATION**  
   **\*\*SEE COMMENTS OF COURT**

☐ PLAN CONFIRMED **AS MODIFIED**

☐ R/E ORDER

☐ **Payroll Deduction:** ☐ H/W ☐ Direct to Trustee

☐ Motion to Dismiss F/C ____ Days

**TO BE RECEIVED AND FILED WITH THE CLERK'S OFFICE NO LATER THAN 4:00 P.M. ON:**

_____

☐ Amended Plan     ☐ Amended Budget  
☐ Add Creditor     ☐ Add Property  
☐ Proof of Insurance to Court and Trustee     ☐ Legal Description  
☐ Motion and Order To Extend Plan to _____ Months  
☐ This Court to Retain Jurisdiction Over W/C Claim / PI Claim / Probate Estate / _____  
☐ Not Dispose of Property or Inventory Outside the Ordinary Course of Business Without Prior Approval of the Court and Trustee  
☐ Other _____

COMMENTS OF COURT:

Amended Chapter 13 Plan to be filed in 14 days, changing at least the treatment of the Slingshot. Hearing on Confirmation is continued to December 10, 2019 at 3:15 p.m.

**HEARING DATE:** Tues., 10/29/2019

FOR COURT USE ONLY:

☐ Order Uploaded     ☑ Need Order     ☐ Return for Action